UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-30174 |
| Kimberly T Cotton | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR**

THIS MATTER coming to be heard on the Motion to Extend Time for Debtor to File Claim on behalf of Creditor, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1.  The time for the Debtor to file a general unsecured claim on behalf of City of Chicago Department of Finance c/o Arnold Scott Harris P.C. is extended to October 19, 2018.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 05, 2018

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600